

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :    INDICTMENT

          - v. -                    :    10 Cr. 1128

JUAN PABLO GARCIA-HERNANDEZ,        :
     a/k/a "Juan Pablo Garcia,"
     a/k/a "Manuel Miguel Alonzo Casco," :
     a/k/a "Manuel Esquivel Paredes," :

                    Defendant.      :
- - - - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The Grand Jury Charges:

On or about September 5, 2009, in the Southern District of New York and elsewhere, JUAN PABLO GARCIA-HERNANDEZ, a/k/a "Juan Pablo Garcia," a/k/a "Manuel Miguel Alonzo Casco," a/k/a "Manuel Esquivel Paredes," the defendant, being an alien, after having been denied admission, excluded, deported, and removed from the United States, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of a felony, to wit, a conviction on or about November 29, 2007, in Superior Court, Los Angeles County, for grand theft of personal property, in violation of California Penal Law Section 487(a).

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

_____          _____
FOREPERSON                       PREET BHARARA
                                 United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN PABLO GARCIA-HERNANDEZ,
a/k/a "Juan Pablo Garcia,"
a/k/a "Manuel Miguel Alonzo Casco,"
a/k/a "Manuel Esquivel Paredes,"

Defendant.

## INDICTMENT

10 Cr.

(8 U.S.C. §§ 1326(a) & (b)(1).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.